```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    NORTHERN DIVISION
```

RACHEL B. SPANN,                  :

    Plaintiff,                 :

vs.                               :
                                       CIVIL ACTION 14-0368-M
CAROLYN W. COLVIN,                :
Commissioner of
Social Security,                  :

    Defendant.                 :

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** be entered in favor of Plaintiff Rachel B. Spann and against Defendant Carolyn W. Colvin.

DONE this 26th day of January, 2015.

                                                   s/BERT W. MILLING, JR.
                                                 UNITED STATES MAGISTRATE JUDGE