```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

RACHEL B. SPANN,                       :
                                       :
    Plaintiff,                         :
                                       :
vs.                                    :    CIVIL ACTION 14-0368-M
                                       :
CAROLYN W. COLVIN,                     :
Commission of Social Security,         :
                                       :
    Defendant.                         :

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that JUDGMENT be entered in favor of Plaintiff Rachel B. Spann and against Defendant Carolyn W. Colvin. It is further **ORDERED** that Plaintiff be **AWARDED** an EAJA attorney's fee in the amount of $754.08.

DONE this 11th day of May, 2015.

                                          s/BERT W. MILLING, JR.
                                          UNITED STATES MAGISTRATE JUDGE